UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


UNITED STATES OF AMERICA

v.                                         5:23-CR-390-1D

Calvin Canady


In order that the jury trial may continue without
interruption, for the safety and security of the jurors, and for
the court to conduct its necessary and essential functions, the
jury panel is sequestered for lunch and the court ORDERS the jury
clerk to provide lunch for the jury panel.  The cost of this meal
from Bojangles totals $134.08.  The jury clerk is ORDERED to pay
the $134.08 using the Court's purchase credit card.


__3.4.2025__                        _____
  Date                             James C Dever III,
                                   U.S. DISTRICT JUDGE


Day 2

Judge Dever Jury Trial
5:23cr 390-1D
OAY 2

# Bojangles #63
1013 New Bern Ave.
Raleigh, NC 27601
919-821-3735
www.bojanglesrdu.com

-------------------------------------------

## Check 10209

Station 1
COUNTER
TUE          3/04/25        11:58am
=========================================

13 4 pc Supreme DNR       116.87
1 Grill Chckn Salad        6.99
=========================================
    Sub/Ttl            123.86
    Tax               10.22

## EAT IN      134.08

Thank you for your business!
Proudly serving the Triangle and
Southern VA since 1980!

We hope to see you again soon!