IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-390-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CALVIN CANADY, | ) | |
| | ) | |
| Defendant. | ) | |

In light of defendant's motion to withdraw his guilty plea [D.E. 147], the court CONTINUES his sentencing hearing. The United States SHALL respond to the motion to withdraw in accordance with this court's local rules.

SO ORDERED. This 8 day of October, 2025.

JAMES C. DEVER III
United States District Judge